UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO:  2:15-cr-106-FTM-38MRM

RONALD R. RAIOLA
a/k/a Ronald Sambuco
_____

## FORFEITURE MONEY JUDGMENT

Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States moves for entry of a forfeiture money judgment against defendant in the amount of $81,825.95, representing the proceeds the defendant obtained as the result of the theft of government funds as charged in Count Two of the Indictment.

The defendant pleaded guilty to theft of government funds, in violation of 18 U.S.C. § 641, as charged in Count Two, and the Court accepted his plea and adjudged him guilty. Being fully advised of the relevant facts, the Court finds that the defendant obtained $81,825.95 in proceeds from the offense charged.

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**.

It is **FURTHER ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the defendant is liable for a forfeiture money judgment in the amount of $81,825.95.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 162 at 6), this order of forfeiture become final as to the defendant at the time it is entered.

The Court retains jurisdiction to complete the forfeiture and disposition of any property belonging to the defendant that the government is entitled to seek under 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), as a substitute asset in satisfaction of the defendant's money judgment.

**DONE and ORDERED** in Fort Myers, Florida, on June <u>19</u>, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record